```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 27265
   BILLY E WHITE SR
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-5314

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/11/2005 and was confirmed 09/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.45% from remaining funds.

     The case was paid in full 08/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC   PRIORITY        NOT FILED             .00            .00
ALLIED INTERSTATE        UNSECURED       NOT FILED             .00            .00
BLAZER FINANCE           UNSECURED       NOT FILED             .00            .00
RESURGENT ACQUISITION LL UNSECURED OTH     225.70              .00          34.84
CITIFINANCIAL            UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO PARKING  UNSECURED         5655.00             .00         873.41
CREDITORS DISCOUNT AUDIT UNSECURED       NOT FILED             .00            .00
FINGERHUT                UNSECURED       NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM NOTICE ONLY     NOT FILED             .00            .00
PENCRO ASSOC             UNSECURED       NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED OTH     309.60              .00          30.96
RJM AQUISITIONS FUNDING  UNSECURED       NOT FILED             .00            .00
NATIONAL CAPITAL MANAGEM UNSECURED         1393.26             .00         215.19
SECRETARY OF STATE       NOTICE ONLY     NOT FILED             .00            .00
SHELL                    UNSECURED       NOT FILED             .00            .00
WASHINGTON MUTUAL FINANC UNSECURED       NOT FILED             .00            .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT     194.00              .00         194.00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY      2,700.00                        2,700.00
TOM VAUGHN               TRUSTEE                                            271.60
DEBTOR REFUND            REFUND                                              76.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              4,396.00

PRIORITY                                  194.00
SECURED                                      .00
UNSECURED                               1,154.40
ADMINISTRATIVE                          2,700.00
TRUSTEE COMPENSATION                      271.60

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 27265 BILLY E WHITE SR
```

```
DEBTOR REFUND                                                       76.00
                                        ----------------    ----------------
TOTALS                                         4,396.00            4,396.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 11/20/08              _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE